## U.S. Bankruptcy Court
## Northern District of Georgia

In re:

**LAKWESSIA QUIAN FALLIN**

Bankruptcy Case No. **18–59724–jwc**

Debtor

**LAKWESSIA QUIAN FALLIN**

Adversary Proceeding No. **18–05166–jwc**

Plaintiff

v.

**E R TRUCKING AKA E.R. TRUCK & EQUIPMENT CORPORATION**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

Clerk, U.S. Bankruptcy Court
Northern District of Georgia
1340 United States Courthouse
75 Ted Turner Drive SW, Atlanta GA 30303

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

Shannon Charlmane Worthy
547 Ponce De Leon Avenue NE
Suite 150
Atlanta, GA 30308

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Date Issued:*

07/11/2018

*M. Regina Thomas, Clerk Of Court*

