# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 18-59724-JWC |
| LAKWESSIA QUIAN FALLIN aka | ) |
| LAKEISHA FALLIN, | ) CHAPTER 13 |
| | ) |
| Plaintiff, | ) |
| | ) |
| LAKWESSIA QUIAN FALLIN aka | ) ADVERSARY PROCEEDING NO. |
| LAKEISHA FALLIN, | ) 18-05166- JWC |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) **CONTESTED MATTER** |
| | ) |
| E R TRUCKING aka E.R. TRUCK & | ) |
| EQUIPMENT CORPORATION, | ) |
| | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Lakwessia Quian Fallin, Plaintiff, by and through counsel, and in accordance with FED. R. BANKR. P. 7041 hereby dismisses the above-styled action without prejudice.

This 13th day of December, 2018

Respectfully submitted,
/s/Shannon C. Worthy
Shannon C. Worthy
GA Bar No. 733895
Attorney for Debtor
STANTON & WORTHY, LLC
547 Ponce De Leon, Avenue, Suite 150
Atlanta, GA 30308
(404) 800-6415

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 18-59724-JWC |
| LAKWESSIA QUIAN FALLIN aka | ) |
| LAKEISHA FALLIN, | ) CHAPTER 13 |
| | ) |
| Plaintiff, | ) |
| | ) |
| LAKWESSIA QUIAN FALLIN aka | ) ADVERSARY PROCEEDING NO. |
| LAKEISHA FALLIN, | ) 18-05166- JWC |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) **CONTESTED MATTER** |
| | ) |
| E R TRUCKING aka E.R. TRUCK & | ) |
| EQUIPMENT CORPORATION, | ) |
| | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave, Suite 120
Atlanta, Georgia 30303

Lakwessia Q. Fallin
PO Box 490623
Atlanta GA 30349

Paul R. Knighten
Knighten Law Firm
Suite D-295
2221 Peachtree Road NE
Atlanta, GA 30309

Ernesto Raschio, Registered Agent
E.R. Truck and Equipment Corporation
11222 NW 78 Ln
Medley FL 33178

Bruno Raschio, President
E.R. Truck and Equipment Corporation
12360 NW S River Drive
Medley FL 33178

Franco Raschio, President
E.R. Truck and Equipment Corporation
12360 NW S River Drive
Medley FL 33178

This 13th day of December, 2018

                                        Respectfully submitted,
                                        /s/Shannon C. Worthy
                                        Shannon C. Worthy
                                        GA Bar No. 733895
                                        Attorney for Debtor
                                        STANTON & WORTHY, LLC
                                        547 Ponce De Leon, Avenue, Suite 150
                                        Atlanta, GA 30308
                                        (404) 800-6415